PATRICK W. LAMB, Respondent. *v.* NATHAN KELSEY, Appellant.

(Argued March 10, 1873; decided June term, 1873.)

THIS was an action to recover damages for alleged fraud and deceit in the sale of a steam engine and boiler. Defendant represented the engine to be in good working order; when taken down for removal it was ascertained that it was not. No evidence was given, however, that defendant knew of the defects. Defendant moved for a nonsuit upon this ground, which was denied by the referee. His report contained no finding on the subject of knowledge. *Held*, that plaintiff was not entitled to recover without showing that defendant knew or had reason to believe his statements false; that as no evidence was given that would support such a finding it could not be assumed; that the decision of the referee was evidently based upon the idea that a *scienter* was not essential to plaintiff's right of recovery, and that this was error. (See *Meyer* v. *Amidon*, 45 N. Y., 169.)

*S. M. Jackson* for the appellant.

*Isaac Lawson* for the respondent.

REYNOLDS, C., reads for reversal.
All concur.
Judgment reversed.